UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:06-mj-217 KJM |
| | ) | |
| v. | ) | |
| | ) | **DETENTION ORDER** |
| Brian Ray, | ) | (Violation of Conditional Release; |
| | ) | 18 U.S.C. § 4243) |
| Defendant. | ) | |

   ___   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds :

      ___ there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his release will endanger another or the community or

      ___ there is clear and convincing evidence that defendant has violated **another** condition of release and

         ___ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

         ___ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

   X   After a hearing under F.R.Cr.P. 5 and 18 U.S.C. § 4243(g), the court finds there is probable cause to believe defendant has failed to comply with a prescribed regimen of medical, psychiatric, or psychological care or treatment.

IT IS ORDERED that, based on 18 U.S.C. § 4243 (g), defendant is committed to the custody of the Attorney General for transport without unnecessary delay to the United States District Court, Southern District of Iowa, so that he can respond there to the petition issued against him. The defendant shall be afforded reasonable opportunity for private consultation with his counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATED:   8/7/06

UNITED STATES MAGISTRATE JUDGE